Pierre A. BYRD, Petitioner–Appellant,

v.

Mildred L. RIVERA, Warden,
Respondent–Appellee.

No. 11–7236.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2011.

Decided: Jan. 5, 2012.

Pierre A. Byrd, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Amendment 750 in a subsequent § 3582(c) motion.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pierre A. Byrd, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byrd v. Rivera*, No. 4:10–cv–01632–CMC, 2011 WL 3794277 (D.S.C. Aug. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*